UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| WARREN HOPKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-255 |
| | ) | |
| INTERNATIONAL PAPER CO., | ) | |
| TURNER INDUSTRIES GROUP, | ) | |
| LLC, and TOWERS CONSTRUCTION | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

FILED
Scott L. Poff, Clerk
United States District Court
By jburrell at 4:17 pm, Apr 04, 2018

# ORDER

Plaintiff's consent motion for leave to file his third amended complaint to add Towers Construction Services, LLC, as a defendant and stay the case pending service on Tower and the joint drafting of a new proposed Scheduling Order (doc. 23) is **GRANTED**. *See* Fed. R. Civ. P. 15(a) & 16(b).

**SO ORDERED,** this __4th__ day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA